| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Kingdom Ambassador Center & Ministry, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Kingdom Ambassador Center and Ministry Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3497764** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8802 Sudley Road Suite, 101** <br> **Manassas, VA 20110** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Manassas City** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **https://www.kacembassy.org/** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Kingdom Ambassador Center & Ministry, Inc.**                Case number (*if known*) _____
         <sub>Name</sub>

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8131**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Kingdom Ambassador Center & Ministry, Inc.**                     Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **Kingdom Ambassador Center & Ministry, Inc.**                                    Case number (*if known*)
_____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Kingdom Ambassador Center & Ministry, Inc.**                                    Case number (*if known*)
Name

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 14, 2025**
MM / DD / YYYY

**X** **/s/ Pastor Dauda M. Keita**                          **Pastor Dauda M. Keita**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Jonathan B. Vivona**                          Date **October 14, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Jonathan B. Vivona**
Printed name

**Vivona Pandurangi, PLC**
Firm name

**211 Park Avenue**
**Falls Church, VA 22046**
Number, Street, City, State & ZIP Code

Contact phone   **703-739-1353**        Email address   **jvivona@vpbklaw.com**

**82762 VA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **Kingdom Ambassador Center & Ministry, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐      *Schedule H: Codebtors* (Official Form 206H)
☐      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐      Amended *Schedule* _____
■      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐      Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 14, 2025**          X **/s/ Pastor Dauda M. Keita**
                                                          Signature of individual signing on behalf of debtor

                                                          **Pastor Dauda M. Keita**
                                                          Printed name

                                                          **President**
                                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Kingdom Ambassador Center & Ministry, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of Clarke 202 N. Loudon Street Winchester, VA 22601** | | **8802 Sudley Road, Manassas, VA 20110** | | **$2,336,938.02** | **$2,256,900.00** | **$80,038.02** |
| **City of Manassas 9027 Center Street, Ste 124 Manassas, VA 20110** | | **Real Estate Taxes** | **Disputed Subject to Setoff** | | | **$54,403.10** |
| **Comcast Business PO Box 70219 Philadelphia, PA 19176** | | | | | | **$1,765.61** |
| **Nealon & Associates, P.C. 119 N Henry Street Alexandria, VA 22314** | | | | | | **$36,401.33** |
| **Orbis Realty 1001 19th Street N, Suite 1200 Arlington, VA 22209** | | | **Disputed** | | | **$42,000.00** |
| **United Lighting & Supply, Inc. 10321 Frosty Court Manassas, VA 20109** | | **8802 Sudley Road, Manassas, VA 20110** | | **$16,759.88** | **$2,256,900.00** | **$16,759.88** |

ATI Restoration, LLC
33360 East La Palma Avenue
Anaheim, CA 92806


ATI Restoration, LLC
1334 Shepard Drive #E
Sterling, VA 20164


Autism Behavior Therapies LLC
8442 Old Keene Mill Road
Springfield, VA 22152


Bank of Clarke
202 N. Loudon Street
Winchester, VA 22601


Christiana Bangura
15709 Beau Ridge Drive
Woodbridge, VA 22193


City of Manassas
9027 Center Street, Ste 124
Manassas, VA 20110


City of Manassas
PO Box 1759
Merrifield, VA 22116


Comcast Business
PO Box 70219
Philadelphia, PA 19176


Edrees Feda
1001 19th Street N, Suite 1200
Arlington, VA 22209


Fidelity National Title
601 Riverside Avenue
Building 5, Fourth Floor
Jacksonville, FL 32204


Joseph F. Jackson, Esquire
Roth Jackson
8200 Greensboro Dr, Suite 820
Mc Lean, VA 22102

Kai Turay
13910 Hedgewood Drive Apt 403
Woodbridge, VA 22193


Mariatu Deen James
7423 Wilma Lane
Lorton, VA 22079


Mariatu Deen James
2652 Glenriver Way
Woodbridge, VA 22191


Nealon & Associates, P.C.
119 N Henry Street
Alexandria, VA 22314


Orbis Realty
1001 19th Street N, Suite 1200
Arlington, VA 22209


Paula Feda
1001 19th Street N, Suite 1200
Arlington, VA 22209


Theresa Mansaray
15037 Galapagos Place
Woodbridge, VA 22193


United Lighting & Supply, Inc.
10321 Frosty Court
Manassas, VA 20109


Z & S Properties, LLC
8125 Bluebonnet Dr
Lorton, VA 22079

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Kingdom Ambassador Center & Ministry, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kingdom Ambassador Center & Ministry, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 14, 2025** _____      **/s/ Jonathan B. Vivona** _____

Date      **Jonathan B. Vivona**

Signature of Attorney or Litigant

Counsel for   **Kingdom Ambassador Center & Ministry, Inc.** _____

**Vivona Pandurangi, PLC**

**211 Park Avenue**
**Falls Church, VA 22046**
**703-739-1353 Fax:703-337-0490**
**jvivona@vpbklaw.com**